28 A.3d 1244

NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, DIVISION OF YOUTH AND FAMILY SERVICES, PLAINTIFF–APPELLANT, v. K.A., DEFENDANT–RESPONDENT.

June 30, 2011.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal is dismissed.